### 19380. FRIEDLANDER *v.* FEINGOLD.

BLOODWORTH, J. 1. The special grounds of the motion for a new trial are based on alleged errors in the charge of the court. We find no error in any of the instructions complained of. The charge given was clear and correct.

2. The evidence supports the verdict, which has the approval of the judge who tried the case, and a new trial was properly refused.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MARCH 5, 1929.

*Waldo DeLoache, J. O. Gibson,* for plaintiff in error.
*George L. Sabados,* contra.

### 19391. TEASLEY *v.* THE STATE.

LUKE, J. The evidence fully sustains the verdict, and there is no merit in the special exception complaining that the charge of the court was not sufficiently full, and was misleading.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 5, 1929.

*William E. & Gordon Mann,* for plaintiff in error.
*John C. Mitchell, solicitor-general,* contra.

### 19392. NORMAN *v.* THE STATE.

BLOODWORTH, J. The special grounds of the motion for a new trial are but amplifications of the general grounds; the evidence supports the finding of the jury, and the motion for a new trial was properly overruled. *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MARCH 5, 1929.

*Hugh E. Combs,* for plaintiff in error.
*M. L. Felts, solicitor-general,* contra.